WILLIAM B. STEIN ET AL., RESPONDENT, v. ABRAHAM V. BRODER, APPELLANT.

Submitted October 31, 1930—Decided February 2, 1931.

For the respondent, *Fast & Fast*.

For the appellant, *Charles Handler*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR. WELLS, JJ. 12.

*For reversal*—None.